**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WAILIAN OVERSEAS CONSULTING GROUP, LTD.,<br><br>             Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY REGIONAL CENTER LLC,<br><br>             Defendant. | Civil Action No. 1:17-cv-9004 (LLS)<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated January 5, 2018, and the supporting Declaration of David J. Lender with the exhibits attached thereto, Defendant New York City Regional Center LLC, by and through its counsel, Weil, Gotshal & Manges LLP, will move this Court before the Honorable Louis L. Stanton, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  New York, New York
        January 5, 2018

Respectfully submitted,

/s/ David. J. Lender
David J. Lender (david.lender@weil.com)
Adam B. Banks (adam.banks@weil.com)
Alea J. Mitchell (alea.mitchell@weil.com)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone 212-310-8000
Facsimile 212-310-8007

*Attorneys for Defendant*