# Exhibit A

### SCHEDULE OF AMOUNTS OWED TO WAILIAN BY NYCRC[1]

| PROJECT | ANNUAL PAYMENTS OUTSTANDING (TO DATE) | BALANCE OF FUTURE ANNUAL PAYMENTS OWED | TOTAL ANNUAL PAYMENTS OWED |
|---|---|---|---|
| **Arena** | $2,000,000 | -- | $2,000,000 |
| **Waterfront** | $625,000 | -- | $625,000 |
| **GWB** | $1,615,000 | $10,000 | $1,625,000 |
| **Navy Yard II** | $1,020,000 | $5,000 | $1,025,000 |
| **CBD** | $2,865,000 | $10,000 | $2,875,000 |
| **Medical Campus** | $995,000 | $255,000 | $1,250,000 |
| **TOTAL** | **$9,120,000** | **$280,000** | **$9,400,000** |

---

[1] As of June 18, 2018. The terms used herein are defined in Plaintiff's Amended Complaint.