UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAILIAN OVERSEAS CONSULTING GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK CITY REGIONAL CENTER LLC, <br><br> Defendant. | Civil Action No. 17-cv-9004 <br><br> **STIPULATION** |

**WHEREAS** plaintiff Wailian Overseas Consulting Group, Ltd. ("Plaintiff") filed an Amended Complaint against defendant New York City Regional Center LLC ("Defendant") on June 18, 2018 (ECF No. 23), pursuant to the Court's Memorandum & Order dated May 17, 2018 (ECF No. 21);

**WHEREAS** Defendant moved to dismiss the Amended Complaint in part on July 9, 2018 (the "Motion") (ECF No. 24); and

**WHEREAS** Plaintiff's opposition to the Motion and Defendant's reply in further support of the Motion were previously due on or by August 22, 2018 and September 14, 2018, respectively (ECF No. 28);

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, by and between the undersigned counsel for the parties, as follows:

1. Plaintiff's time to file its opposition to the Motion shall be extended to August 29, 2018.

2. Defendant's reply in further support of the Motion shall be due on or before September 21, 2018.

3. One previous request for an extension of time to respond to the Motion has been made and granted.

Dated: August 20, 2018
New York, New York

_____
David E. Ross
Danielle R. Gill
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff*

_____
David J. Lender
Adam B. Banks
Alea J. Mitchell
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant*

SO ORDERED this ___ day of
August, 2018

_____
Honorable Louis L. Stanton
United States District Judge