```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAILIAN OVERSEAS CONSULTING
GROUP, LTD.,

                Plaintiff,                    17 Civ. 9004 (LLS)

    -against-                       **ORDER**

NEW YORK CITY REGIONAL CENTER, LLC,

                Defendant.
------------------------------------------------------------X

    In a drastically amended and limited request, defendant seeks production from plaintiff of communications from plaintiff which will show the representations and information it gave to the investors it provided as part of its performance of the parties' contract. That is a point material to plaintiff's claim for bonus payments under the contract, for some of these investors claim they were misinformed about the terms of their investments, to the extent of suing for fraud.

    Plaintiff must comply with NYCRC's Amended Request No. 8.

    So Ordered.

Dated: New York, New York
       May 5, 2020

                                                          *Louis L. Stanton*
                                                       LOUIS L. STANTON
                                                            U.S.D.J.