**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WAILIAN OVERSEAS CONSULTING : 
GROUP, LTD.,

                       Plaintiff,    :    Civil Action No. 17-cv-9004 (LLS)

    v.                                     :

NEW YORK CITY REGIONAL CENTER, :   **[PROPOSED] ORDER**
LLC                                         **REGARDING DISCOVERY**
                                                    **SCHEDULE**

                       Defendant.    :

-----------------------------------------------------------x

       **WHEREAS**, on March 2, 2021, the Court ordered that the deadline for factual discovery be extended by six months to December 15, 2021 and that the remaining dates in the July 30, 2020 scheduling order be adjusted accordingly (ECF No. 88);

       **WHEREAS**, the COVID-19 global pandemic continues to prevent the parties from completing deposition discovery in this case, including the depositions of the witnesses in China, who remain unable to travel to a jurisdiction where they may legally sit for depositions;

       **IT IS HEREBY ORDERED** that the following discovery deadlines shall apply:

|  | **Current Date** | **Proposed Amended Date** |
|---|---|---|
| Close of Fact Discovery | September 1, 2021 | December 15, 2021 |
| Exchange of Expert Reports | October 1, 2021 | January 15, 2022 |
| Rebuttal Expert Reports | November 1, 2021 | February 15, 2022 |
| Close of Expert Discovery | December 1, 2021 | March 15, 2022 |

SO ORDERED this 1st day of Sept., 2021
~~August, 2021~~

_Louis L. Stanton_
Honorable Louis L. Stanton
United States District Judge