```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAILIAN OVERSEAS CONSULTING GROUP,
LTD.,

                       Plaintiff,

    - against -

NEW YORK CITY REGIONAL CENTER LLC,

                       Defendant.

17 Civ. 9004 (LLS)

ORDER

    This case has been delayed many months for reasons beyond the parties' control, but at this point, it is not entirely clear that Chinese law and policies render it impossible for Ms. Liu to safely provide her testimony. Therefore, Wailian shall make Ms. Liu available to testify at a deposition within three months, or designate another 30(b)(6) witness who may so testify within the same time frame.

    So Ordered.

Dated:    New York, New York
           March 3, 2022

                                          Louis L. Stanton
                                          LOUIS L. STANTON
                                          U.S.D.J.