UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAILIAN OVERSEAS CONSULTING GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK CITY REGIONAL CENTER LLC, <br><br> Defendant. | **Case No. 17-cv-9004 (LLS)** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE** |

WHEREAS, on December 16, 2021, the Court entered an order, extending the discovery schedule in this case (ECF No. 94);

WHEREAS, the current deadline to complete fact discovery is March 15, 2022;

WHEREAS, on February 15, 2022, Defendant, pursuant to Local Civil Rule 37.2 and Section 2(A) of the Court's Individual Practices, filed a letter motion requesting a pre-motion conference or, in the alternative, leave to file a motion to compel Plaintiff to produce its designated Rule 30(b)(6) witness, Ms. Jenny Liu, for a deposition or to designate an alternative corporate representative who is available to sit for a deposition (ECF No. 95);

WHEREAS, on March 3, 2022, the Court ordered Plaintiff to make Ms. Liu available to testify at a deposition within three months, or designate another 30(b)(6) witness who may so testify within the same time frame (ECF No. 100).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel on behalf of Plaintiff and Defendant that the following discovery deadlines shall apply:

|  | *Current Date* | *Proposed Amended Date* |
|---|---|---|
| Close of Fact Discovery | March 15, 2022 | June 15, 2022 |
| Exchange of Expert Reports | April 15, 2022 | July 15, 2022 |
| Rebuttal Expert Reports | May 13, 2022 | August 16, 2022 |
| Close of Expert Discovery | June 10, 2022 | September 13, 2022 |

DATED:  March 15, 2022

Stipulated and agreed to by:

**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Tel.: 212-506-1700
Fax: 212-506-1800

   */s/ Kim Conroy*_____
David E. Ross
E-mail: dross@kasowitz.com
Kim Conroy
E-mail: kconroy@kasowitz.com
Abel McDonnell
E-mail: amcdonnell@kasowitz.com

*Attorneys for Plaintiff*

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel.: 212-310-8000
Fax: 212-310-8007

         */s/ Adam B. Banks*_____
David J. Lender
E-mail: david.lender@weil.com
Adam B. Banks
E-mail: adam.banks@weil.com
Melissa Rutman
Email: melissa.rutman@weil.com

*Attorneys for Defendant*


SO ORDERED.

This ___ day of March, 2022.


_____
              Louis L. Stanton
         United States District Judge