```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAILIAN OVERSEAS CONSULTING GROUP, LTD.,

        Plaintiff,

- against -

NEW YORK CITY REGIONAL CENTER LLC,

        Defendant.

17 Civ. 9004 (LLS)

ORDER

    Plaintiff requests a temporary stay of discovery due to the restrictions in place and lockdown status in Shanghai that make it impossible for its newly designated 30(b)(6) witness to travel to the United States for a deposition.

    It appearing that the situation in Shanghai is ever changing, an indefinite stay of all discovery is unnecessary, and both parties shall make their witnesses available as soon as possible. If the June deadline is still impracticable for either party, it shall update the Court of the lockdown status in China and move for a reasonable extension of time to complete the remaining depositions once information on the situation is clearer.

    So Ordered.

Dated:    New York, New York
           June 2, 2022

                                    Louis L. Stanton
                                    LOUIS L. STANTON
                                        U.S.D.J.