ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAILIAN OVERSEAS CONSULTING GROUP, LTD.,

          Plaintiff,

- against -

NEW YORK CITY REGIONAL CENTER, LLC,

          Defendant.

17 Civ. 9004 (LLS)

ORDER

On June 15 and July 28, 2022, Defendant's requested that the Court enter a new deadline for fact discovery and sought permission to depose non-party investors. Dkt. Nos. 107 & 110. Plaintiff opposed such non-party depositions. Dkt. No. 109.

The fact discovery in this case will close on September 15, 2022. The parties may request extensions shown to be necessary.

Either party may request permission to take the deposition of a non-party witness, upon a showing that the information sought is germane and cannot be discovered otherwise.

So ordered.

Dated:    New York, New York
            August 3, 2022

                                                  *Louis L. Stanton*
                                                  Louis L. Stanton
                                                        U.S.D.J.