
ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAILIAN OVERSEAS CONSULTING GROUP, LTD.,

    Plaintiff,

    v.

NEW YORK CITY REGIONAL CENTER LLC,

    Defendant.

Civil Action No. 17-cv-9004 (LLS)

---

### JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Wailian Overseas Consulting Group, Ltd. and Defendant New York City Regional Center LLC hereby stipulate and agree that the above action, including all claims asserted therein, is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Phone: (212) 506-1700 | WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York NY 10153<br>(212) 310-8000 |
| /s/ David Ross<br>David E. Ross (DR-5092)<br>Kim Conroy (KC-1125) | /s/ David Lender<br>David Lender (DL-1554)<br>Adam Banks (AB-9301) |

IT IS SO ORDERED, this 26th day of May 2023.

_Louis L. Stanton_
U.S.D.J